IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3094 |
| vs. | |
| JONATHAN MANZI, | ORDER |
| Defendant. | |

Defendant has moved to continue the pretrial motion deadline and trial, (Filing No. 21), because Defendant and new counsel need additional time review this case and confer before deciding if pretrial motions should be filed. Defense counsel further states that the case is complex, with many documents and difficult Fourth Amendment issues to explore.

The government does not oppose continuing the pretrial motion deadline and trial. Based on the showing set forth in the motion, and after conferring with counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 21), is granted.

2) Pretrial motions and briefs shall be filed on or before March 6, 2020.

3) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 13, 2020, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and July 13, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is and remains "unusual and complex," and continues

to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

December 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge