IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN MANZI,<br><br>　　　　　　　　Defendant. | **4:19CR3094**<br><br>**ORDER** |

　　　　As requested in the defendant's motion, (Filing No. 47), which is hereby granted, the pending motions, (Filing Nos. 31, 34, 38, and 39) are resolved as follows:

　　　　1)　　Filings 31 and 36-1 are now filed on the public docket.

　　　　2)　　Filings 32, 36-2, 36-3, 36-4, 36-5 36-6, 36-7, and 36-14 are now filed under restricted access.

　　　　3)　　Filings 34, 35, 36-8, 39-9, 36-10, 36-11, 36-12 36-13, and 36-15 are now filed as *ex parte* documents, with access limited to the court, counsel for the defendant and the government's taint team counsel, Sean Lynch.

　　　　4)　　The omnibus index of evidence, (Filing No. 36), is now filed under seal.

　　　　5)　　The government's response to Defendant's motion to suppress, (Filing No. 31), shall be filed on or before August 3, 2020.

Dated this 19th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge