IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JONATHAN MANZI,<br><br>                    Defendant. | 4:19CR3094<br><br>**ORDER** |

IT IS ORDERED:

1) The government's response to Defendant's Ex Parte Motion for Relief from Invasion of the Attorney-Client Privilege, (Filing No. 34), shall be filed on or before August 3, 2020.

2) The government's response shall be filed ex parte, with access limited to the court, defense counsel and AUSA Sean Lynch.

Dated this 20th day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge