IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3094** |
| vs. | |
| JONATHAN MANZI, | **ORDER** |
| Defendant. | |

After conferring with counsel, and with their agreement,

IT IS ORDERED:

1) On or before October 15, 2021, Defendant's privilege review shall be complete and the results thereof disclosed to the government's taint team attorneys.

2) On or before November 15, 2021, the government's taint team shall complete its review of the documents the defendant identified as privileged.

3) Counsel for Defendant and the government's taint team shall confer in good faith to resolve any issues regarding the whether documents identified by Defendant as privileged are relevant to the case but protected from further disclosure by the attorney-client privilege.

4) A telephonic conference will be held on December 1, 2021 at 1:00 p.m. to discuss whether further pretrial motions will be filed, the deadline for any such motions, and if appropriate at that time, the trial setting. Counsel shall use the conferencing instructions assigned to this case to participate.

5) Based on the representations of counsel, this case remains unusual and complex. Therefore, the time between July 29, 2021 (the date of the court ruling on the Defendant's previously filed pretrial motions) and December 1, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

August 18, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge