IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JONATHAN MANZI,<br><br>        Defendant. | **4:19CR3094**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) On or before February 18, 2022, the parties shall file motions to address any remaining discovery disputes.

2) A status conference will be held before the undersigned magistrate judge at 10:00 a.m. on March 15, 2022 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 9), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The court finds that the time between January 14, 2022 and March 15, 2022 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 21, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge