# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19-CR-3094 |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF APPEAL FROM MAGISTRATE JUDGE'S ORDER DENYING DEFENDANT'S MOTION FOR BILL OF PARTICULARS** |
| JONATHAN MANZI, | ) | |
| Defendant. | ) | |

The Defendant, Jonathan Manzi, hereby moves pursuant to NECrimR 59.2(a) for leave to file a reply brief in support of his statement of objections (ECF 160) to the Memorandum and Order issued by the United States Magistrate Judge (ECF 159) regarding the Defendant's Motion for Leave to File Motion for Bill of Particulars (ECF 155). The proposed reply brief, which has just two substantive paragraphs, *see* Exhibit A, is necessary because the government made statements in its opposition brief that changed the factual landscape of this matter and could potentially moot this appeal. A reply brief would aid the Court in that it could provide information that may enable it to resolve this dispute without a written decision and in a manner acceptable to both parties.

THE WEINHARDT LAW FIRM

/s/ Mark E. Weinhardt
Mark E. Weinhardt
AT0008280
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
(515) 244-3100
mweinhardt@weinhardtlaw.com

and

{02088121.DOC}

BERRY LAW FIRM
Justin B. Kalemkiarian, #25415
6940 O Street, Suite 400
Lincoln, NE 68510
justin@jsberrylaw.com
(402) 466-8444

ATTORNEYS FOR JONATHAN MANZI

**CERTIFICATE OF SERVICE**

     I hereby certify I have caused to filed with the Clerk of the United States District Clerk, District of Nebraska, using the CM/ECF system which sent notification to AUSA Sean P. Lynch, on January 31, 2021.

/s/ Mark E. Weinhardt
Mark E. Weinhardt, AT0008280

{02088121.DOC}