IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN MANZI, <br><br> Defendant. | 4:19CR3094 <br><br> INFORMATION <br> 18 U.S.C. § 1030(a)(2) & (c)(2)(A) |

The Acting United States Attorney charges:

### COUNT I

On or about the 1st day of July, 2017, within the District of Nebraska, and elsewhere, the defendant, JONATHAN MANZI, intentionally accessed and attempted to access a computer without authorization, and thereby obtained information from a protected computer of Google, LLC, for the Google email account of "T.P.".

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

### COUNT II

On or about the 1st day of July, 2017, within the District of Nebraska, and elsewhere, the defendant, JONATHAN MANZI, intentionally accessed and attempted to access a computer without authorization, and thereby obtained information from a protected computer of Dropbox, Inc., for the Dropbox account of Wepa, Inc.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

STEVEN A. RUSSELL
Acting United States Attorney
District of Nebraska

By: *s/ Steven A. Russell*
STEVEN A. RUSSELL, #16925
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: steve.russell@usdoj.gov

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL #16925
Assistant U.S. Attorney