IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JONATHAN MANZI,<br><br>   Defendant. | 4:19CR3094<br><br>GOVERNMENT'S STATEMENT OF POSITION |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states that it has no objections to the substantive findings of the Second Revised Presentence Investigation Report, and does not anticipate producing any evidence other than to possibly rebut any evidence offered by the defendant.

Dated this 27th day of February, 2023.

          Respectfully submitted,

          UNITED STATES OF AMERICA,

   BY: STEVEN A. RUSSELL
      United States Attorney, D.NE.


   And: *s/Steven A. Russell*
      STEVEN A. RUSSELL #16925
      Assistant United States Attorney
      100 Centennial Mall North, Suite 487
      Lincoln, NE   68508
      (402) 437-5241

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants: Jim Harms, Probation Officer

                                      *s/Steven A. Russell*
                                    Assistant United States Attorney