## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3094 |
| vs. | ORDER |
| JONATHAN MANZI, | |
| Defendant. | |

This matter is before the Court upon the defendant's request for an order permitting him to pay restitution prior to sentencing. The Court will grant that request. Accordingly,

IT IS ORDERED that the Clerk of the Court shall accept up to and including $25,000 in restitution until further order of the Court.

Dated this 14th day of April, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge